## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

UNITED STATES OF AMERICA

                           Plaintiff,

v.                                     Case No.: 1:26–cr–00345
                                     Honorable Laura K. McNally

Josue Pacheco Torres, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 8, 2026:

      MINUTE entry before the Honorable Laura K. McNally: The Court has reviewed the Government's Position Paper in Advance of July 9, 2026 Status Hearing [22], which "asks that the Court strike the July 9, 2026, hearing date." The Court interprets this request as a motion to strike the hearing [10]. The motion is denied. Mailed notice (McNally, Laura)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.